**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1533**

---

JARREL MAPP,

       Plaintiff - Appellant,

   v.

DISCOVER BANK,

       Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:25-cv-00144-CCE-JEP)

---

Submitted:  June 18, 2026                                   Decided:  June 23, 2026

---

Before RUSHING, Circuit Judge, and KEENAN, Senior Circuit Judge.*

---

Affirmed by unpublished per curiam opinion.

---

Jarrel Mapp, Appellant Pro Se.  Ryli Wallace Leader, Charlotte, North Carolina, Kristen Peters Watson, BURR & FORMAN, LLP, Birmingham, Alabama, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

---

* This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Jarrel Mapp appeals the district court's order dismissing with prejudice his civil complaint against Discover Bank, denying his motion for summary judgment, denying his motions to impose sanctions and for reconsideration, and granting Discover's motion to confirm an arbitration award. On appeal, Mapp has filed motions to impose sanctions and for judicial notice. We have reviewed the record and find no reversible error. Accordingly, we deny Mapp's pending motions and affirm the district court's order. *Mapp v. Discover Bank*, No. 1:25-cv-00144-CCE-JEP (M.D.N.C. Apr. 29, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2